# United States District Court

## *Southern District of Georgia*

AMICUS, LLC d/b/a BROUGHTON PARTNERS,

Plaintiff

v.

JOHNSON & VINES PLLC, AIAG, LLC and SPEEDWATER, LLC

Defendant

Case No. 4:23-cv-00154-RSB-CLR

Appearing on behalf of Defendant Speedwater, LLC
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __7th__ day of __September__, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Garrett E. Land |
| Business Address: | Stanley, Esrey & Buckley, LLP |
| | Firm/Business Name |
| | 1230 Peachtree Street, N.E. |
| | Street Address |
| | Promenade, Suite 2400   Atlanta   GA   30309 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (404) 835-6200                       880750 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | gland@seblaw.com |